# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| OSCAR BAPTISTE,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    3:12cv175   (SRU)<br>: |
| JDS UNIPHASE CORP.,<br>    Defendant. | :<br>: |

## ORDER OF DISMISSAL

On May 21, 2012, the plaintiff's attorneys, Michael J. Reilly and Emanuele R. Cicchiello, moved to withdraw as counsel. That motion was granted on May 30, 2012. On May 31, 2012, the plaintiff's former attorneys sent him a letter advising him that their motion to withdraw from the case had been granted, and that if the plaintiff did not hire new counsel or file a pro se appearance by June 29, 2012, his case would be dismissed. To date, the plaintiff has neither hired new counsel, nor filed a pro se appearance.

This case is hereby dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because of plaintiff's failure to prosecute.

The clerk is instructed to close the file.

It is so ordered.

Dated at Bridgeport this 11th day of July 2012.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge